# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7183**  **September Term, 2014**

1:14-cv-00346-CRC

**Filed On:** June 8, 2015

In re: Stephen Thomas Yelverton,

------------------------------

Stephen Thomas Yelverton,

    Appellant

  v.

District of Columbia,

    Appellee

**BEFORE:** Griffith, Srinivasan, and Pillard, Circuit Judges

### O R D E R

Upon consideration of the motion for remand to the bankruptcy court and supplement, the response thereto, and the reply; the motion to dismiss, the response thereto, and the reply; the motion for leave to submit a sur-reply regarding the motion to dismiss and the lodged sur-reply; and the motion for recusal, it is

**ORDERED** that the motion for leave to submit a sur-reply be granted. The Clerk is directed to file the lodged sur-reply. It is

**FURTHER ORDERED** that the motion to dismiss be granted. This appeal challenged the district court's October 14, 2014 order. The bankruptcy court's December 14, 2014 memorandum decision and order compelling abandonment granted appellant permission to pursue his claims against appellee in a new action in a court of competent jurisdiction, thereby rendering the appeal from the October 14, 2014 order moot. It is

**FURTHER ORDERED** that the motion for remand be denied. It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-7183**　　　　　　　　　　　　　　　　**September Term, 2014**

**FURTHER ORDERED** that the motion for recusal be dismissed as moot. In accordance with 28 U.S.C. § 47, no circuit judge will "hear or determine an appeal from the decision of a case or issue tried by him" or her.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**